## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

2010–1277.   State ex rel. Serv. Emps. Internatl. Union Dist. 1199 v. Univ. of Cincinnati.
In Mandamus.

2010–1283.   State ex rel. Warner v. Indus. Comm.
Franklin App. No. 09AP–841, 2010-Ohio-2476.

2010–1293.   State ex rel. Boskovic Gen. Contrs. v. Indus. Comm.
Franklin App. No. 09AP–711, 2010-Ohio-2557.

# CASE ANNOUNCEMENTS
*August 2, 2010*

[Cite as *08/02/2010 Case Announcements*, 2010-Ohio-3538.]

## MOTION AND PROCEDURAL RULINGS

2009–0430.   S. Euclid–Lyndhurst City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals No. 2006–B–1302. This cause is pending before the court as an appeal from the
Board of Tax Appeals. Upon consideration of the joint motion to remand to the Board of Tax Appeals,
   It is ordered by the court that the motion is granted and this cause is remanded to the Board of Tax
Appeals.
   It is further ordered that a mandate be sent to the Board of Tax Appeals by certifying a copy of
this judgment entry and filing it with the Board of Tax Appeals.